UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                                        :
STORM DAMAGE SOLUTIONS LLC,        :
                                                                        :
                                    Plaintiff,        :
                                                                        :          23-CV-10296 (VSB)
                           -against-                 :
                                                                         :             **ORDER**
RLI INSURANCE COMPANY,               :
                                                                         :
                                    Defendant.  :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  September 15, 2025
           New York, New York

                                                                 Vernon S. Broderick
                                                                  United States District Judge